IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GRUNDY BANK formerly known as GRUNDY COUNTY NATIONAL BANK, as Trustee Under Trust No. 1060, Plaintiff, | |
| v. | Case No. 06-273C (Judge Emily C. Hewitt) |
| THE UNITED STATES, Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/Shalom Brilliant

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Dated: April 11, 2006

CERTIFICATE OF FILING

I hereby certify that on April 11, 2006, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Shalom Brilliant